IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THEODORE HOLLOWAY, JR.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CITIBANK, N.A.**, <br><br> *Defendant.* | **Case No. 2:23-cv-00404-JDW** |

## ORDER

AND NOW, this 25th day of April, 2024, upon consideration of Defendant Citibank, N.A.'s Notice Of Renewed Motion To Compel Arbitration And Stay Proceedings (ECF No. 31) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.